**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants, Home Depot U.S.A., Inc.,
and HD Development of Maryland, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH A. MANGINI,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HOME DEPOT U.S.A., INC., HD DEVELOPMENT OF MARYLAND, INC., JOHN DOE 1-5 and ABC INC. 1-5 (fictitious designations).<br><br>　　　　Defendants. | Civil Action No. 3:17-cv-01443-BRM-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the parties that the above-captioned Complaint is hereby dismissed in its entirety <u>with</u> prejudice as to all defendants and without costs or fees associated with this litigation.

Roselli Griegel Lozier Lazzaro, PC
Attorney(s) for Plaintiff, Joseph Mangini

By: _____
　　　James Lazarro, Esq

Dated: 12-28-17

Hill Wallack LLP
Attorney(s) for Defendants, Home Depot U.S.A., Inc. and HD Development of Maryland, Inc.

By: _____
　　　Grant C. Wright, Esq.

Dated: 12.7.17

{F:/WDOX/DOCS/012427/00468/05622300; 1}